

FILED

JUL 1 4 2026

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 2:26-cr-00084
                                             18 U.S.C. § 641

ZACHARY HESS DAWSON

# I N F O R M A T I O N

The United States Attorney Charges:

From on or about January 12, 2017, through at least September 30, 2025, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia and elsewhere, the defendant, ZACHARY HESS DAWSON, did knowingly and willfully embezzle, steal, purloin, and convert to his own use, on a recurring basis, money belonging to the United States and a department or agency thereof in a total amount greater than $1,000, namely, benefits from the United States Department of Veterans Affairs having a value of approximately $354,813.98.

In violation of Title 18, United States code, Section 641.

## NOTICE OF FORFEITURE

The allegations contained in this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1), 28 U.S.C. 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

Upon conviction of the offense in violation of 18 U.S.C. § 641, the defendant ZACHARY HESS DAWSON shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1), 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure, any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s).

The property to be forfeited includes, but is not limited to:

    a. a money judgment in the amount of at least $354,813.98, such amount constituting the proceeds of the violations set forth in this Information regarding ZACHARY HESS DAWSON;

If any of the property described above, as a result of any act or omission of the defendant[s]:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property, which cannot be divided without difficulty.

The United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. §§ 981(a)(1) and 28 U.S.C. § 2461(c).

MOORE CAPITO
United States Attorney

By: _____
JOSHUA C. HANKS
Assistant United States Attorney